# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARON E. WILLIAMS

VERSUS

LOUISIANA FARM BUREAU MUTUAL
INSURANCE COMPANY, LANDRY
FARMS, LLC, AND ANTHONY J.
LANDRY

NO. 2021 CW 0677

OCTOBER 01, 2021

---

In Re:    Louisiana Farm Bureau Mutual Insurance Company, Landry
          Farms, LLC, & Anthony J. Landry, applying for
          supervisory writs, 23rd Judicial District Court,
          Parish of Assumption, No. 37531.

---

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz
Construction Company, Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

**PMc**
**JEW**

**Theriot, J.**, would not consider the writ. I would request
a transcript of the March 1, 2021 hearing on relators' motion,
including all testimony and identification and production of
evidence admitted at the hearing.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT